Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF INDIANA
 2                  INDIANAPOLIS DIVISION
 3   GARY L. BRANHAM,              )
                                   )
 4                  Plaintiff,     )
                                   ) CAUSE NO.
 5        vs.                      )
                                   ) IPO1-0152-C-T/G
 6   PAUL HENRY O'NEILL,           )
     SECRETARY, UNITED STATES      )
 7   DEPT. OF TREASURY/INTERNAL    )
     REVENUE SERVICE,              )
 8                                 )
                  Defendants.      )
 9
10
11                    - - -
12
13         Deposition of RICHARD J. MILLER, M.D.,
14   taken on behalf of the Plaintiff, pursuant
15   to the stipulations agreed to herein, before
16   Suzanne Beasley, Registered Professional
17   Reporter and Notary Public, at Hartsfield
18   International Airport, Atlanta, Georgia, on
19   the 13th day of November, 2002, commencing
20   at the hour of 2:25 p.m.
21
22
23
24
25
```

Page 34

1   A   Well, at this time -- well, let me explain.
2   We have primary reviewers. These are the doctors who
3   are doing the initial review. And in some cases, we
4   have secondary reviewer physicians. Right now I am not
5   a primary reviewer for any work.
6       Q   And in Gary Branham's case, was there a
7   primary reviewer that examined his case?
8   A   At that time, I was the primary reviewer.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 35

Page 36

Page 37

Page 46

19  Q   All right. Are you the primary reviewer for
20  the IRS?
21  A   Not at present.
22  Q   But you were back in 1999?
23  A   Correct.

Page 47

Page 48

Page 49

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

GARY L. BRANHAM, )
)
      Plaintiff, )
)
- v- )
) CASE NO.
PAUL HENRY O'NEILL, ) IP01-0152-C-T/G
SECRETARY, UNITED STATES )
DEPARTMENT OF )
TREASURY/INTERNAL REVENUE )
SERVICE, )
)
      Defendants. )

## VOLUME II

The videoconference continued deposition upon oral examination of **RICHARD J. MILLER, M.D.**, a witness produced and sworn before me, Antonette Thompson, RPR, Notary Public in and for the County of Marion, State of Indiana, taken on behalf of the Plaintiff at the offices of Krieg DeVault, One Indiana Square, Suite 2800, Indianapolis, Indiana 46204, on December 19, 2002, at 1:30 p.m., pursuant to the Federal Rules of Civil Procedure.

**STEWART RICHARDSON & ASSOCIATES**
Registered Professional Reporters
Capital Center, South Tower
201 N. Illinois Street, Suite 1700
Indianapolis, IN 46204
(317)237-3773

212

1   Q
2
3
4
5   A
6
7
8   Q
9
10  A
11  Q
12
13
14
15
16  A   Well, again, I did not perform a statistical
17      analysis. But based upon the information that were
18      viewed and the instability of Mr. Branham's blood
19      glucose, again, one incident is sufficient to cause
20      sudden incapacitation and a safety risk. And that
21      is a risk too great.
22  Q
23
24
25

226

1 Q

6 A
7 Q

10 A
11 Q

16 A Well, without having ability to refer to my notes,
17    if there are any notes that could help me, when I
18    did visit training, I did participate in their
19    building clearing training exercises.  That gave me
20    a taste of what it means to be involved in clearing
21    a building with weapons drawn.  This is what they
22    call simunitions.  It's like a little enhanced
23    paint ball exercise that gave me a very good idea
24    of the adrenaline rush and the need for quick
25    decision-making and judgment required in these type